UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROLAND J. NAQUIN, JR. | * | CIVIL ACTION |
| VERSUS | * | NO. 20-548 |
| MATILDA JACK ET AL. | * | SECTION "H" |

### ORDER

The Court, having considered the Complaint, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge (R. Doc. 32) and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** as to his state law tort and/or medical malpractice claims against Coby Dean, Haydel, and Neal;

**IT IS FURTHER ORDERED** that all of Plaintiff's remaining claims be **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and/or 42 U.S.C. § 1997e(c)(1), and that Defendants' Motions to Dismiss (R. Docs. 18, 19, 29) be **GRANTED IN PART AND DISMISSED AS MOOT IN PART** as stated in the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this 1st day of March, 2021.

_____
 **JANE TRICHE MILAZZO
 UNITED STATES DISTRICT JUDGE**